# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

UNITED STATES OF AMERICA    :

vs.    :  CRIMINAL NO.: 23-00149-KD

FRANCISCO EMILE GABRIEL BARRANCO  :

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, Francisco Emile Gabriel Barranco, by consent, has appeared before the undersigned pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and has entered a plea of guilty to **Counts One and Four** of the Superseding Indictment charging a violation of Title 18 USC §§ 1349 (Conspiracy to Commit Bank Fraud) and 1028A(a)(1) (Aggravated Identity Theft), respectively.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary, and the offenses charged are supported by an independent basis in fact as to each of the essential elements of such offenses. The Court therefore recommends that the plea of guilty be accepted and that Defendant Francisco Emile Gabriel Barranco be adjudged guilty and have sentence imposed accordingly.

DONE and ORDERED this 22nd day of January, 2024.

s/P. BRADLEY MURRAY
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.